◼ The People of the State of New York, Plaintiff, v Apolinar Ventura, Defendant. [30 NYS3d 849]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered May 14, 2001.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Austin, Roman and Cohen, JJ., concur.